Case 1:08-cv-04703 Document 3 Filed 08/19/2008 Page 1 of 4

FILED
AUG 19, 2008
AUG 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

THERESA BRADLEY
Plaintiff

v.

JULIE LACKAFF,
PEARSON ASSESSMENTS
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE 08CV4703
JUDGE GOTTSCHALL
MAG. JUDGE VALDEZ

I, THERESA BRADLEY declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ~~Yes~~   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ~~Yes~~   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   8/27/07  $65,020.00  y,  Brava Corp Consulting

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?　　☐ Yes　　☒ No

   If "Yes," state the total amount.　　_____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?　　☐ Yes　　☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   SEE MOTION

   PAUL L. BEREZNEY
   BROTHER
   FOOD/SHELTER DUE TO
   PHYSICAL INJURY CAUSED BY
   DRUNK DRIVER

I declare under penalty of perjury that the above information is true and correct.

8/12/08
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

CASE NO._(to be assigned by Clerk of Court)_

DR. THERESA BRADLEY, PSY.D./JD

    Plaintiff

v.

PAY PAL, INC.

    Defendant

_____/

## MOTION TO PROCEED WITHOUT PRE-PAYMENT OF

## FILING FEE

Plaintiff, Dr. Theresa Bradley, hereby files Motion to Proceed without Pre-Payment of filing fee and as grounds therefore states as follows:

1. Plaintiff usually resides in Washington, DC and works for the criminal justice system and the Courts providing Forensic Psychology examinations for the Courts.
2. On June 4, 2006, a drunk driver crashed into the Plaintiff's automobile, which has resulted in severe injury and financial hardship to the Plaintiff.
3. The case has been pending at the United States District Court for the Southern Districtr of MD before Judge Peter J. Messittee.
4. As a result of the physical injury, the Plaintiff has been required to move in with her brother in Columbus, GA to heal. As a result, the Plaintiff has been unable to

engage in the usual course of her occupation where she lives and works in the District of Columbia.

5. As a result of the matters set forth in the Complaint Bradley v. Pay Pal, Inc., the Plaintiff has been further financially damaged as a result of the Defendant's conduct fully described, which includes civil theft and a conspiracy with Julie Lackaff to engage in fraud by internet pre-texting, causing Plaintiff further physical, financial, and emotional distress.

6. Plaintiff may be able to return to Washington DC and to work in September or October 2008.

7. In the meantime, as a result of these events, the Plaintiff is unable to remit payment of the filing fee to this Court.

8. However, the Plaintiff swears under the penalty of perjury that she will remit payment of the filing fee when she returns to Washington, DC Fall 2008 and secures employment, providing notification to the Court.

Sworn under the penalty of perjury the above facts are true and correct

WHEREFORE, Plaintiff, Dr. Theresa Bradley, Psy.D., hereby requests the Court enter its order to waive the filing fee based upon the facts set forth above and the Plaintiff's Application filed herein.

Respectfully submitted this 12th day of August 2008,

Dr. Theresa Bradley, Psy.D.

6418 Old Post Court Columbus, GA 31909